MAX ECKERT AND MARGARET ECKERT v. MORRIS
DEUTSCH.

Decided June 22, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the rule, *Alfred A. Stein.*

*Contra, Emil J. Hoos.*

PER CURIAM.

This suit was brought by a husband and wife to recover
compensation for alleged criminal assaults attempted to be
made by the defendant upon the body of the female plaintiff
on several different occasions. The trial resulted in a verdict
in favor of Mrs. Eckert, the jury awarding nothing to the
husband.

The principal reason specified for making this rule abso-
lute is that it is contrary to the weight of the evidence. Our
examination of the proofs sent up with the rule to show cause
not only satisfies us that this is so, but that the verdict is in
the face of the overwhelming weight of the testimony. For
this reason we conclude that it should be set aside, notwith-
standing the fact that the record of the cause shows that this
verdict was rendered upon a second trial of the issue.

The rule to show cause will be made absolute.